AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

AUG 23 2021

Nathan Ochsner, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. M-21-1830-M |
| Elias HERRERA (Y.O.B. 1992) | ) |
| Citizenship: USA | ) |
|  | ) |
|  | ) |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2021__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952<br>21 USC § 841 | Knowingly and intentionally import into the United States from Mexico approximately 4.76 kilograms of fentanyl, a Schedule II controlled substance, and did knowingly and intentionally possess with the intent to distribute approximately 4.76 kilograms of fentanyl, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See "Attachment A"

☑ Continued on the attached sheet.

Sworn to and executed by reliable electronic means, sworn to
Printed name and title and attested telephonically per
FED.R.CR.4.1, and probable
cause found on:
~~Sworn to before me and signed in my presence.~~ NM

/s/ Evan Ratcliff
_Complainant's signature_

Evan Ratcliff, HSI Special Agent
_Printed name and title_

Date: 8/23/2021  5:07pm

_Judge's signature_

City and state:  McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
_Printed name and title_

## Attachment A

On August 22, 2021, Elias HERRERA, a United States Citizen, entered the United States from Mexico seeking entry at the Pharr, Texas Port of Entry (POE) while driving a 2015 Jeep Grand Cherokee displaying Tennessee registration. Due to a targeting record placed on the vehicle by Homeland Security Investigations (HSI) based upon an investigation into a heroin seizure two days earlier, HERRERA was referred to secondary inspection for a more detailed search.

Once at secondary inspection, CBP removed the car battery from inside of the Jeep and probed it which identified non-factory anomalies inside. Once the battery was opened, CBP discovered several packages containing a tan powder substance which field tested positive for the properties of fentanyl. A hazardous material team responded to the POE, collected the narcotics, and obtained a total weight of 4.76 kilograms.

HSI Special Agents (SA) responded to the POE and conducted a custodial interview of HERRERA. During the interview, HERRERA admitted that he did not know exactly what type of drug he was bringing into the country, but that he knew he was smuggling drugs into the US inside of the battery of his Jeep. HERRERA reported that he has been trafficking narcotics for a Mexico-based organization for about eight months and that he has completed several narcotics transportation trips to cities across the US such as Houston, Atlanta, and Birmingham, Alabama. Upon his arrival at those destinations, HERRERA would arrange to meet other subjects who would receive him and unload the drugs.

HERRERA stated that he has been paid approximately $7,000 USD for the prior successful trips of delivering narcotics.